UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1803 FMO (MAAx) | Date | April 4, 2023 |
|---|---|---|---|
| Title | Barak Federman v. Cerebral, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order re: Consolidation

  Having reviewed the dockets in <u>Barak Federman v. Cerebral, Inc.</u>, CV 23-1803 FMO (MAAx) ("<u>Federman</u>"); <u>John Doe, et al. v. Cerebral, Inc.</u>, CV 23-1828 FMO (MAAx) ("<u>Doe I</u>"); <u>Lyndell Johnson v. Cerebral, Inc.</u>, CV 23-1901 FMO (MAAx); ("<u>Johnson</u>"); <u>John Doe v. Cerebral, Inc.</u>, CV 23-1919 FMO (MAAx) ("<u>Doe II</u>"); <u>Jane Doe v. Cerebral, Inc.</u>, CV 23-2021 FMO (MAAx) ("<u>Doe III</u>"); <u>Dawn Pittinger v. Cerebral, Inc.</u>, CV 23-2043 FMO (MAAx) ("<u>Pittinger</u>"); <u>Attiya Awadallah v. Cerebral, Inc.</u>, SA CV 23-0493 FMO (MAAx) ("<u>Awadallah</u>"); <u>David Gould v. Cerebral, Inc. et al.</u>, CV 23-2144 FMO (MAAx) ("<u>Gould</u>"); and <u>Jane Doe v. Cerebral, Inc.</u>, CV 23-2190 FMO (MAAx) ("<u>Doe IV</u>"); IT IS ORDERED THAT:

  1.  No later than **April 10, 2023**, each party shall file a Memorandum Re: Consolidation ("Memorandum"), no longer than ten pages in length, addressing (1) the extent to which there are similar factual and/or legal issues in the above cases, and (2) whether or not the cases should be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

  2.  If the parties agree that the cases should be consolidated, then the parties shall file a stipulation in lieu of a Memorandum no later than **April 10, 2023**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |