JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARAK FEDERMAN, et al., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>CEREBRAL, INC., et al.,<br><br>          Defendants. | Case No. CV 23-1803 FMO (MAAx)<br>Case No. CV 23-1828 FMO (MAAx)<br>Case No. CV 23-1901 FMO (MAAx)<br>Case No. CV 23-1919 FMO (MAAx)<br>Case No. CV 23-2021 FMO (MAAx)<br>Case No. CV 23-2043 FMO (MAAx)<br>Case No. SA CV 23-0493 FMO (MAAx)<br>Case No. CV 23-2144 FMO (MAAx)<br>Case No. CV 23-2190 FMO (MAAx)<br>Case No. CV 23-2410 FMO (MAAx)<br><br>**ORDER RE: CONSOLIDATION** |

Having reviewed the Stipulation to Consolidate Related Actions (Dkt. 24, "Stipulation"), filed in Barak Federman v. Cerebral, Inc., CV 23-1803 FMO (MAAx) ("Federman"), by which the parties in Federman; John Doe, et al. v. Cerebral, Inc., CV 23-1828 FMO (MAAx) ("Doe I"); Lyndell Johnson v. Cerebral, Inc., CV 23-1901 FMO (MAAx) ("Johnson"); John Doe v. Cerebral, Inc., CV 23-1919 FMO (MAAx) ("Doe II"); Jane Doe v. Cerebral, Inc., CV 23-2021 FMO (MAAx) ("Doe III"); Dawn Pittinger v. Cerebral, Inc., CV 23-2043 FMO (MAAx) ("Pittinger"); Attiya Awadallah v. Cerebral, Inc., SA CV 23-0493 FMO (MAAx) ("Awadallah"); David Gould v. Cerebral, Inc. et al., CV 23-2144 FMO (MAAx) ("Gould"); Jane Doe v. Cerebral, Inc., CV 23-2190 FMO (MAAx) ("Doe IV"); and Jane Doe v. Cerebral, Inc., CV 23-2410 FMO (MAAx) ("Doe V"), agreed to consolidation of the actions, IT IS ORDERED THAT:

    1. The Stipulation **(Document No. 24)** is **granted** as set forth in this Order.

    2. Federman, CV 23-1803 FMO (MAAx); Doe I, CV 23-1828 FMO (MAAx); Johnson, CV 23-1901 FMO (MAAx); Doe II, CV 23-1919 FMO (MAAx); Doe III, CV 23-2021 FMO (MAAx);

Pittinger, CV 23-2043 FMO (MAAx); Awadallah, SA CV 23-0493 FMO (MAAx); Gould, CV 23-2144 FMO (MAAx); Doe IV, CV 23-2190 FMO (MAAx); and Doe V, CV 23-2410 FMO (MAAx) are hereby **consolidated**. The Clerk shall consolidate these actions such that the earlier filed action, Federman, CV 23-1803 FMO (MAAx), is the lead case. All future filings shall be filed in Federman, CV 23-1803 FMO (MAAx) until further notice from the court. The case caption shall read: IN RE: CEREBRAL, INC. PRIVACY PRACTICES, with the assigned Case No. CV 23-1803 FMO (MAAx).

3. The Clerk shall administratively close Doe I, CV 23-1828 FMO (MAAx); Johnson, CV 23-1901 FMO (MAAx); Doe II, CV 23-1919 FMO (MAAx); Doe III, CV 23-2021 FMO (MAAx); Pittinger, CV 23-2043 FMO (MAAx); Awadallah, SA CV 23-0493 FMO (MAAx); Gould, CV 23-2144 FMO (MAAx); Doe IV, CV 23-2190 FMO (MAAx); and Doe V, CV 23-2410 FMO (MAAx).

4. Plaintiffs shall file a Consolidated Complaint no later than 30 days after interim counsel is appointed.

5. Plaintiffs' Unopposed Motion to Appoint Interim Class Counsel Under Fed. R. Civ. P. 23(g)(3) ("Motion") **(Document No. 13)**, filed in Federman, 23-1803 FMO (MAAx), is **denied without prejudice** so that attorneys in the cases that were filed after the initial Motion can decide whether they want to join the Motion. Any motion to appoint interim class counsel shall be filed no later than 14 days from the filing date of this Order.

6. Plaintiff's Motion to Consolidate Actions and Set Scheduling Deadlines **(Document No. 10)**, filed in Federman, 23-1803 FMO (MAAx), is **denied as moot**.

7. Plaintiff's Motion to Consolidate Actions and Set Scheduling Deadlines **(Document No. 12)**, filed in Doe I, CV 23-1828 FMO (MAAx), is **denied as moot**.

8. Plaintiff's Motion to Consolidate Actions and Set Scheduling Deadlines **(Document No. 11)**, filed in Doe II, CV 23-1919 FMO (MAAx), is **denied as moot**.

Dated this 17th day of April, 2023.

                                                /s/
                                  Fernando M. Olguin
                                United States District Judge